IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFREY LAUREN WRIGHT                                                                PLAINTIFF

V.                                                                      NO. 4:17-CV-171-DMB-JMV

COAHOMA AGRICULTURAL HIGH
SCHOOL                                                                               DEFENDANT

## ORDER DISMISSING CASE AND IMPOSING SANCTIONS

On March 7, 2018, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending the dismissal of this case without prejudice for lack of subject matter jurisdiction, and the imposition of sanctions against the plaintiff, Jeffrey Lauren Wright. Doc. #6. Regarding the sanctions recommendation, the Report and Recommendation states:

> Mr. Wright has filed several meritless claims in this district, most of which either have been dismissed or are currently under recommendation of dismissal for failure to state a claim. In lieu of allowing Mr. Wright to continue to file baseless suits against state and municipal agencies—which causes them the burden of having to defend themselves from meritless suits—the most appropriate sanction in this case, assuming the court adopts this report and recommendation, is to prohibit Mr. Wright from filing any future cases without written consent from a District Judge of this court.
>
> Accordingly, in order to file a case in this court, Mr. Wright should be required to send a proposed complaint directly to a District Judge within the division in which he proposes to file an action, with a copy of this report and recommendation and accompanying final judgment, if any, adopting same. If the District Judge determines that the complaint states a claim, then he or she would forward it to the Clerk of the Court for docketing and filing. If, however, the District Judge determines that the complaint does not state a claim, then it would be set aside and neither acknowledged nor addressed. This process would serve to screen out the meritless cases and thus end the plaintiff's paper assault on the public and the court.

*Id.* at 3–4 (internal footnote omitted). No objections to the Report and Recommendation were filed.

Where no objections to a report and recommendation are filed, the "Court need only satisfy

itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and found no plain error. Accordingly:

1. The March 7, 2018, Report and Recommendation [6] is **ADOPTED**.

2. Jeffrey Lauren Wright is prohibited from filing any future cases in the United States District Court for the Northern District of Mississippi without prior written consent from a district judge in the District. In order to file a case in this District, Wright shall send his proposed complaint directly to the district judge in the division in which he seeks to file a case, along with a copy of the March 7, 2018, Report and Recommendation, this order, and the accompanying final judgment. If the district judge determines that the proposed complaint states a claim, the proposed complaint will be forwarded by the district judge to the Clerk of the Court for docketing and filing. If, however, the district judge determines that the proposed complaint does not state a claim, the proposed complaint will be set aside and neither acknowledged nor addressed.

3. This case is **DISMISSED without prejudice**. A final judgment will be separately issued.

**SO ORDERED**, this 18th day of April, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**